**Fill in this information to identify the case:**

Debtor 1  Norma Osterhout

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  22-11079-elf

---

# Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account:  9 9 8 9

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges |  | (1) | $ |
| 2. Non-sufficient funds (NSF) fees |  | (2) | $ |
| 3. Attorney fees |  | (3) | $ |
| 4. Filing fees and court costs |  | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 06/06/2022 | (5) | $ 475.00 |
| 6. Appraisal/Broker's price opinion fees | 05/11/2022, 9/12/2022 | (6) | $ 190.00 |
| 7. Property inspection fees | 05/04/2022 | (7) | $ 16.59 |
| 8. Tax advances (non-escrow) |  | (8) | $ |
| 9. Insurance advances (non-escrow) |  | (9) | $ |
| 10. Property preservation expenses. Specify: |  | (10) | $ |
| 11. Other. Specify: Plan review | 06/06/2022 | (11) | $ 475.00 |
| 12. Other. Specify: |  | (12) | $ |
| 13. Other. Specify: |  | (13) | $ |
| 14. Other. Specify: |  | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        page 1

Debtor 1  **Norma Osterhout**
First Name   Middle Name   Last Name

Case number (*if known*) **22-11079-elf**

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Sarah K. McCaffery, Esquire
Signature

Date 10/12/2022

Print: **Sarah K. McCaffery**
First Name   Middle Name   Last Name

Title **Attorney**

Company **Hladik, Onorato & Federman, LLP**

Address **298 Wissahickon Avenue**
Number   Street
**North Wales**        **PA**   **19454**
City                    State   ZIP Code

Contact phone **215 855 9521**

Email **smccaffery@hoflawgroup.com**

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page **2**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-11079-elf |
| Norma Osterhout | : Chapter 13 |
|     Debtor | : |
| | |
| U.S Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT | : |
|     Movant | : |
|     vs. | : |
| Norma Osterhout | : |
|     Debtor/Respondent | : |
|     and | : |
| Kenneth E. West, Esquire | : |
|     Trustee/Respondent | : |

### CERTIFICATE OF SERVICE

I, Sarah K. McCaffery, Esquire, hereby certify that on 10/12/2022, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and/or via filing with the US Bankruptcy Court's CM ECF system.

Brad J. Sadek, Esquire
Via Electronic Filing
*Attorney for Debtor*

Kenneth E. West, Esquire
Via Electronic Filing
*Trustee*

Norma Osterhout
358 Chelsea Road
Fairless Hills, PA 19030
Via First Class Mail
*Debtor*

/s /Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: smccaffery@hoflawgroup.com